**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Brian SWARTZ Defendant-Appellant**

No. 16-4525

United States Court of Appeals,
Eighth Circuit.

Submitted: July 18, 2017

Filed: July 20, 2017

Lisa C. Williams, U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

Michael Kevin Lahammer, Lahammer Law Firm, PC, Cedar Rapids, IA, for Defendant-Appellant

Brian Swartz, Pro Se

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

[Unpublished]

Brian Swartz pleaded guilty to conspiring to distribute 500 grams or more of methamphetamine. The district court[1] determined that his advisory guidelines range was 188 to 235 months in prison, granted the government's motion for a substantial assistance reduction, and sentenced Swartz to 144 months. He appeals the sentence, and his counsel has submitted a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in denying a mitigating-role reduction, and abused its discretion in denying a downward variance.

After careful review of the record, including Swartz's admissions of substantial involvement in the conspiracy in the plea agreement, we conclude the district court did not clearly err in denying a mitigating-role reduction, and did not abuse its discretion in declining a further downward departure or variance. We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and find no non-frivolous issues for appeal.

Accordingly, we affirm.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District